# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**GRAND SOLEIL-NATCHEZ, LLC.**

**PLAINTIFF**

Civil No.: 5:08cv293

v.

Judge: DCB-JMR

**INLAND MARINE SERVICE, INC.**

**DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE

The within action having been fully compromised and settled between the parties hereto, the complaint of Plaintiff against Ingram Barge Company/Inland Marine Service, Inc. may be and is hereby DISMISSED, with prejudice, as to future action, without record, each party to bear its own costs.

_____
United States District Court Judge

January 14, 2009

**s/ R. Kent Hudson**
R. Kent Hudson
Law Offices of R. Kent Hudson
320 Main Street
Natchez, MS 39120
Tel.: 601-445-0509
Fax: 601-446-9980
rkhud@bellsouth.net
*Attorney for Plaintiff*

**s/ Frank J. Dantone**
Frank J. Dantone, Jr.
Henderson Dantone P.A.
P.O. Box 778
Greenville, Mississippi 38702
(662) 378-3400 Tel.
(662) 378-3413 Fax
fjd@hdpa.com
*Attorney for Defendant*